JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-1131 MHP |
|    Plaintiff, ) | |
|   v. ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM DECEMBER 14, 2009, TO JANUARY 11, 2010 |
| CUTBERTO LIBERA-PAREDES, ) | |
|   a/k/a Cutberto Livera, and ) | |
|   a/k/a Hugo Puente-Lopez, ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable Marilyn Hall Patel on December 14, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 14, 2009, to January 11, 2010, in light of the need for defendant's counsel to review discovery and to conduct further investigation.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review discovery and to conduct further investigation.

     2. Given these circumstances, the Court found that the ends of justice served by

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-1131 MHP

excluding the period from December 14, 2009, to January 11, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3.   Accordingly, and with the consent of the defendant, the Court ordered that the period from December 14, 2009, to January 11, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: December 15, 2009             /s/
                                       RITA BOSWORTH
                                       Counsel for Cutberto Libera-Paredes

DATED: December 15, 2009             /s/
                                       DARYL T. EREMIN
                                       Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 12/16/2009



[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-1131 MHP             2